George P. MURRAY, Jr., Claimant–Appellant,

v.

Sloan D. GIBSON, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7076.

United States Court of Appeals, Federal Circuit.

July 18, 2014.

George P. Murray, Jr., New Orleans, LA, pro se.

Tanya Koenig, Trial Attorney, Department of Justice, David J. Barrans, Deputy Assistant General Counsel, Martin James Sendek, Attorney, Department of Veterans Affairs Office of General Counsel, Washington, DC, for Respondent–Appellee.

Before PROST, Chief Judge, WALLACH and CHEN, Circuit Judges.

## ORDER

PER CURIAM.

George P. Murray moves for reconsideration of the court's June 17, 2014 order granting the Acting Secretary of Veterans Affairs's motion to dismiss Murray's appeal for lack of jurisdiction.

Upon consideration thereof,

* Randall R. Rader who retired from the position of Circuit Judge on June 30, 2014, did not participate in this order on reconsideration.

It Is Ordered That:

The motion is denied.